AO 442 (Rev. 4/16/24) Arrest

RCV USMS JACKSONVILLE
2024 APR 22 AM 9:16

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
| :-- | :-- |
| v. | ) Case No. 3:24-mj-1140-PDB |
| JARED EAKES | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested),* **JARED EAKES**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Wire fraud, in violation of 18 U.S.C. § 1343

Date: 4/22/24

*Issuing officer's signature*

City and state: Jacksonville, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 4/22/2024, and the person was arrested on *(date)* 5/20/2024
at *(city and state)* Jacksonville, Florida.

Date: 5/20/2024

SA Christine Windress
*Arresting officer's signature*

SA Christine Windress
*Printed name and title*