United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.                                         NO. 3:24-CR-120-MMH-PDB

**JARED EAKES,**

    *Defendant.*

## Clerk's Minutes

| Proceeding | Arraignment |
|---|---|
| Date | May 31, 2024 |
| Time | 10:00—16 a.m. |
| Judge | Patricia Barksdale, U.S. Magistrate Judge |
| Courtroom Deputy | Angela Loeschen |
| Counsel for United States | David Mesrobian, Assistant U.S. Attorney |
| Counsel for Defendant | Sabra Barnett, Assistant Federal Defender |
| Filed in Open Court | Notice of Acceptance of General Discovery |
| Digital/Reporter | Digital |

Judge Barksdale asked Mr. Eakes questions to assess competency.

Judge Barksdale advised Mr. Eakes of his rights.

Mr. Eakes stated that he had received a copy of the indictment.

Ms. Barnett stated that Mr. Eakes waives a formal reading of the indictment.

Mr. Mesrobian summarized the charges and possible penalties.

Mr. Eakes entered pleas of not guilty to counts one through four of the indictment.

Ms. Barnett stated Mr. Eakes is willing to accept general discovery under the Court's standing discovery order and filed a notice of acceptance of general discovery in open court. Mr. Mesrobian stated the United States intends to file a motion for a protective order by June 7, 2024, and discovery will be provided once the protective order is signed.

The parties must file any motions by **June 17, 2024**.

The parties agreed to provide witness lists and *Jencks* material five calendar days before trial.

The Honorable Marcia Morales Howard will conduct a status conference on **June 17, 2024, at 3:00 p.m.**, and the trial during the **July 1, 2024**, trial term. Judge Barksdale will enter Judge Howard's standing scheduling order.

Mr. Mesrobian and Ms. Barnett agreed they have satisfied the Rule 16.1 requirement to confer.